IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
November 7, 2005

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|            Plaintiff,            ) | |
| vs.            ) | No. 3:01-CR-0229-R(03) |
|            )            | No. 3:05-CV-1884-R |
|            )            | |
| JOSE REFUGIO CARVAJAL,            ) | |
|            Defendant.            ) | |

## ORDER

United States Magistrate Judge Jeff Kaplan filed findings, conclusions, and a

recommendation in this case on October 19, 2005.  After making the review required by 28

U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the

Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.


SIGNED this 7th day of November, 2005.


_____
UNITED STATES DISTRICT JUDGE